# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 6, 2013

## NO. 03-13-00198-CR

**Carlos I. Bulle-Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 147TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
## DISMISSED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that the appellant has no right of appeal: it is **ORDERED, ADJUDGED** and **DECREED** by the Court that the appeal is dismissed in accordance with the opinion of this Court; that the appellant pay all costs relating to this appeal; and that this decision be certified below for observance.